CITY OF RALEIGH v. COLLEGE CAMPUS APARTMENTS, INC.

[326 N.C. 360 (1990)]

CITY OF RALEIGH v. COLLEGE CAMPUS APARTMENTS, INC.

No. 298A89

(Filed 1 March 1990)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 94 N.C. App. 280, 380 S.E.2d 163 (1989), which affirmed summary judgment for the defendant by *Brannon, J.*, at the 14 March 1988 session of Superior Court, WAKE County. Heard in the Supreme Court 14 February 1990.

*Elizabeth C. Murphy, Associate City Attorney, for the plaintiff-appellant.*

*Warren & Perry, by Sue E. Anthony, for the defendant-appellee.*

PER CURIAM.

Affirmed.